## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                   **Plaintiff**

**v.**                                              **Case No.: 4:23–mj–00290–PSH**

**Alexis Mickles**                                                                                               **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for December 12, 2023, at 02:00 PM before Magistrate Judge Patricia S. Harris in Little Rock Courtroom # 1B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  December 11, 2023                                   AT THE DIRECTION OF THE COURT
                                                                                          TAMMY H. DOWNS, CLERK


                                                                                          By:  Kristy D. Rochelle, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas