FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**V.**     NO. 4:23-mj-00290 PSH

**ALEXIS MICKLES**

## ORDER OF DETENTION

Before the Court is the Defendant's Oral Motion asking the Court to waive his rights to a detention hearing at this time and agreeing to be detained, but reserving the right to request a detention hearing in the future should he so choose. The Motion is GRANTED.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel via in person visitation, telephone contact, and, if available, video teleconference.

IT IS SO ORDERED this 12th day of December, 2023.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE